**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Melt Bar and Grilled, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Melt Bar and Grilled Akron, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4632100** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**3921 Medina Rd
Akron, OH 44333**
Number, Street, City, State & ZIP Code

**Summit**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://meltbarandgrilled.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Melt Bar and Grilled, Inc.**        Case number (*if known*) _____
       Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **7225**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Melt Bar and Grilled, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Melt Bar and Grilled, Inc.**                                    Case number (*if known*)
         Name

- ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Melt Bar and Grilled, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2024**
                MM / DD / YYYY

**X** **/s/ Matthew K. Fish**                                    **Matthew K. Fish**
Signature of authorized representative of debtor                 Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Frederic P. Schwieg, Esq.**          Date **June 13, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Frederic P. Schwieg, Esq. 0030418**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
Number, Street, City, State & ZIP Code

Contact phone    **440-499-4506**    Email address    **fschwieg@schwieglaw.com**

**0030418 OH**
Bar number and State

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. <br> Go to www.irs.gov/Form1120S for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning **DECEMBER 27, 2021**, ending **DECEMBER 25, 2022**

| | | | |
|---|---|---|---|
| **A** S election effective date <br> 03/27/2006 | **Name** <br> MELT BAR AND GRILLED INC. | | **D** Employer identification number <br> 2100 |
| **B** Business activity code number (see instructions) <br> 722511 | Number, street, and room or suite no. If a P.O. box, see instructions. <br> P.O. BOX 771150 | | **E** Date incorporated <br> 03/27/2006 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code <br> LAKEWOOD, OH 44107 | | **F** Total assets (see instructions) <br> $ 9,055,368. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ......... **4**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| **1 a** | Gross receipts or sales | 15,771,494. | **b** Returns and allowances | 44,104. **c** Bal. Subtract line 1b from line 1a | **1c** | 15,727,390. |
| **2** | Cost of goods sold (attach Form 1125-A) | | | **2** | 6,969,110. |
| **3** | Gross profit. Subtract line 2 from line 1c | | | **3** | 8,758,280. |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | **4** | 65,000. |
| **5** | Other income (loss) (attach statement) | STATEMENT 2 | | **5** | 147,351. |
| **6** | **Total income (loss).** Add lines 3 through 5 | | | **6** | 8,970,631. |

### Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instrs. - attach Form 1125-E) | **7** | 149,064. |
| **8** | Salaries and wages (less employment credits) | **8** | 3,657,322. |
| **9** | Repairs and maintenance | **9** | 702,768. |
| **10** | Bad debts | **10** | |
| **11** | Rents | **11** | 3,659,983. |
| **12** | Taxes and licenses | STATEMENT 3 | **12** | 587,336. |
| **13** | Interest (see instructions) | **13** | 178,443. |
| **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 514,882. |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| **16** | Advertising | **16** | 398,646. |
| **17** | Pension, profit-sharing, etc., plans | **17** | |
| **18** | Employee benefit programs | **18** | 138,240. |
| **19** | Other deductions (attach statement) | STATEMENT 4 | **19** | 3,803,818. |
| **20** | **Total deductions.** Add lines 7 through 19 | **20** | 13,790,502. |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | -4,819,871. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| **22 a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| **b** | Tax from Schedule D (Form 1120-S) | **22b** | | |
| **c** | Add lines 22a and 22b | | **22c** | |
| **23 a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 | **23a** | | |
| **b** | Tax deposited with Form 7004 | **23b** | | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| **d** | Add lines 23a through 23c | | **23d** | |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | **24** | | |
| **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | | |
| **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | | |
| **27** | Enter amount from line 26: **Credited to 2023 estimated tax** | | Refunded | **27** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title OFFICER | May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No |
|---|---|---|---|

### Paid Preparer Use Only

| Print/Type preparer's name <br> DAVID L. SHALLENBERGER, CP | Preparer's signature <br> DAVID L. SHALLENBERGER, CPA | Date <br> 06/23/23 | Check if self-employed ☐ | PTIN <br> P00642428 |
|---|---|---|---|---|
| Firm's name ▶ REA & ASSOCIATES, INC. | | | Firm's EIN ▶ | |
| Firm's address ▶ 230 N. MARKET ST. WOOSTER, OH 44691 | | | Phone no. 330-264-0791 | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** 211701 12-09-22 Form **1120-S** (2022)

14010623_755878_513804 2022.03050 MELT BAR AND GRILLED INC 513804_1

24-50879-amk Doc 1 FILED 06/14/24 ENTERED 06/14/24 17:02:36 Page 6 of 37

| Schedule B | Other Information (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity ▶ RESTAURANT AND BAR    **b** Product or service ▶ FOOD AND BEVERAGES

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ......... **X**

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ................. **X**

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of restricted stock _____

(ii) Total shares of non-restricted stock _____

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ......... **X**

If "Yes," complete lines (i) and (ii) below.

(i) Total shares of stock outstanding at the end of the tax year _____

(ii) Total shares of stock outstanding if all instruments were executed _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... **X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ......... ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............ $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions ........................ **X**

**10** Does the corporation satisfy one or more of the following? See instructions ........................ **X**

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? ........................ **X**

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

211711  12-09-22    Form **1120-S** (2022)

2

## Schedule B — Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction .......... $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 .......... $ | | |

## Schedule K — Shareholders' Pro Rata Share Items

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | -4,819,871. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| | 4 | Interest income         STATEMENT 6 | | 4 | 760. |
| | 5 | Dividends:  a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions)  Type | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Charitable contributions | | 12a | |
| | b | Investment interest expense | | 12b | |
| | c | Section 59(e)(2) expenditures  Type | | 12c | |
| | d | Other deductions (see instructions)  Type | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type | | 13d | |
| | e | Other rental credits (see instructions)  Type | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions)  Type    STATEMENT 5 | | 13g | 163,920. |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ▸ ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses    STATEMENT 7 | | 16c | 165,970. |
| | d | Distributions (attach statement if required) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

Form **1120-S** (2022)

211721 12-09-22

3

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

**Other Information**

| | | | |
|---|---|---|---|
| **17a** Investment income | | **17a** | 760. |
| **b** Investment expenses | | **17b** | |
| **c** Dividend distributions paid from accumulated earnings and profits | | **17c** | |
| **d** Other items and amounts (att. stmt.) | STATEMENT 8 | | |

**Reconciliation**

| | | |
|---|---|---|
| **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | -4,819,111. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash | | 3,804,653. | | 416,215. |
| **2 a** | Trade notes and accounts receivable | 88,462. | | 92,905. | |
| **b** | Less allowance for bad debts | ( | 88,462. | ( | 92,905. |
| **3** | Inventories | | 217,456. | | 221,393. |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities | | | | |
| **6** | Other current assets (att. stmt.) | STATEMENT 9 | 3,604. | | 55,013. |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (att. stmt.) | | | | |
| **10 a** | Buildings and other depreciable assets | 11,999,157. | | 12,287,117. | |
| **b** | Less accumulated depreciation | 8,120,304. | 3,878,853. | 10,345,096. | 1,942,021. |
| **11 a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( | | ( | |
| **12** | Land (net of any amortization) | | | | |
| **13 a** | Intangible assets (amortizable only) | 294,826. | | 294,826. | |
| **b** | Less accumulated amortization | 102,597. | 192,229. | 118,102. | 176,724. |
| **14** | Other assets (att. stmt.) | STATEMENT 10 | 22,636. | | 6,151,097. |
| **15** | Total assets | | 8,207,893. | | 9,055,368. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | 255,482. | | 554,163. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | 694,304. | | 0. |
| **18** | Other current liabilities (att. stmt.) | STATEMENT 11 | 1,040,777. | | 959,435. |
| **19** | Loans from shareholders | | 400,000. | | 400,000. |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 2,451,459. | | 10,295,266. |
| **21** | Other liabilities (att. stmt.) | STATEMENT 12 | 2,014,391. | | 0. |
| **22** | Capital stock | | 625. | | 625. |
| **23** | Additional paid-in capital | | 999,875. | | 999,875. |
| **24** | Retained earnings | STATEMENT 13 | 350,980. | | -4,153,996. |
| **25** | Adjustments to shareholders' equity (att. stmt.) | | | | |
| **26** | Less cost of treasury stock | | ( | ) | ( |
| **27** | Total liabilities and shareholders' equity | | 8,207,893. | | 9,055,368. |

Form **1120-S** (2022)

211731
12-09-22

4

14010623　755878 513804　　FILED 06/14/24　ENTERED 06/14/24 17:02:36　Page 9 of 37

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| **1** Net income (loss) per books | -4,504,976. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): STMT 14 | 54,868. | **a** Tax-exempt interest $ | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | **6** Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| **a** Depreciation $ 253,258. | | **a** Depreciation $ | |
| **b** Travel and entertainment $ STMT 15   1,395,903. | 1,649,161. | STMT 16   2,018,164. | 2,018,164. |
| | | **7** Add lines 5 and 6 | 2,018,164. |
| **4** Add lines 1 through 3 | -2,800,947. | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -4,819,111. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.)

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year | 956,447. | | | 522,085. |
| **2** Ordinary income from page 1, line 21 | | | | |
| **3** Other additions   STATEMENT 17 | 760. | | | |
| **4** Loss from page 1, line 21 | ( 4,819,871. ) | | | |
| **5** Other reductions   STATEMENT 18 | ( 163,920. ) | | STATEMENT 19 | ( 2,050. ) |
| **6** Combine lines 1 through 5 | -4,026,584. | | | 520,035. |
| **7** Distributions | | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | -4,026,584. | | | 520,035. |

Form **1120-S** (2022)

211732
12-09-22

# ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE DIRECTORS OF
## MELT BAR AND GRILLED, INC.

Pursuant to the authority of Section 1701.54 of the Ohio Revised Code and the Regulations of Melt Bar and Grilled, Inc. (the "**Corporation**"), the undersigned, being all of the members of the Board of Directors of the Corporation (the "**Directors**"), do hereby authorize, approve and adopt the following resolutions by written action without a meeting:

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

**BE IT THEREFORE RESOLVED,** that all agreements, proceedings, and actions executed, made, and or taken by the Directors and Officers of the Corporation prior to this Action by Written Consent, be and the same hereby are approved, ratified, confirmed, agreed to, consented to, and adopted.

**BE IT FURTHER RESOLVED,** that Matthew K. Fish, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT FURTHER RESOLVED,** that Matthew K. Fish, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED,** that Matthew K. Fish, President of this Corporation, is authorized and directed to employ Frederic P. Schwieg, Attorney at Law, to represent the Corporation in such bankruptcy case.

**BE IT FURTHER RESOLVED,** that all of the acts performed, and the agreements, instruments, documents, schedules and certificates negotiated, executed, delivered or performed, by any of the shareholders, Directors, officers, employees, agents, legal counsel and contractors of the Corporation in connection with actions approved or adopted by the Corporation, or the actions described or referred to in these resolutions, whether heretofore or hereafter done or performed, which are in conformity with the intent and purposes of these resolutions, shall be, and the same hereby are, ratified, confirmed and approved in all respects.

**RESOLVED FINALLY,** that this Action by Written Consent may be executed in counterparts, all of which shall be considered one and the same instrument and shall become effective when counterparts have been signed by each of the parties and delivered to the other parties, it being understood that all parties need not sign the same counterpart.

**{Remainder of Page Intentionally Blank – Signature Page Follows}**

19210333-1

IN WITNESS WHEREOF, the undersigned, being all of the Directors of Melt Bar and Grilled, Inc., have hereunto set their hands this _____ day of March, 2024.

**DIRECTORS OF**
**MELT BAR AND GRILLED, INC.**

_____
Matthew K. Fish

_____
Jessica Fish

_____
Marc Glassman

19210333-1

# Balance Sheet
### As of 3/19/2023

**Melt Bar and Grilled**

|  | YTD |
|---|---|
| **ASSETS** | |
| **Cash** | |
| 1101 - CASH IN BANK - HUNTINGTON | 22,034.72 |
| 1103 - MONEY MARKET | 64,963.77 |
| 1105 - CASH IN BANK - KEY BANK | 14,061.65 |
| Total CASH/ PETTY CASH | 5,866.49 |
| 1122 - CASH ON HAND | 244.00 |
| 1123 - MELT PAYROLL | 1,147.67 |
| 1128 - HUNTINGTON-LOAN ACCT | 23.34 |
| 1130 - PAY PAL | 237.98 |
| **Total Cash** | **108,579.62** |
| **Accounts Receivable** | |
| 1264 - DELIVER ME FOOD | 1,100.28 |
| 1267 - BON APPETITE | 6,475.35 |
| 1271 - DELAWARE NORTH | 579.13 |
| 1274 - UBER EATS | 9,498.42 |
| 1280 - DOOR DASH | 9,385.62 |
| 1283 - EZCATER | 812.16 |
| 1299 - UNDEPOSITED PAY | 128,478.13 |
| **Total Accounts Receivable** | **156,329.09** |
| **Inventory** | |
| 1340 - FOOD INVENTORY | 117,540.20 |
| 1345 - BEVERAGES | 11,716.98 |
| 1350 - LIQUOR INVENTORY | 14,460.51 |
| 1360 - BEER INVENTORY | 19,638.96 |
| 1370 - WINE INVENTORY | 2,336.49 |
| 1380 - RETAIL INVENTORY | 11,500.00 |
| **Total Inventory** | **177,193.14** |
| **Fixed Assets** | |
| 1510 - VEHICLES | 220,399.95 |
| 1520 - FURNITURE & FIXTURES | 1,322,105.79 |
| 1530 - KITCHEN EQUIPMENT | 1,923,771.32 |
| 1531 - RESTAURANT EQUIPMENT | 1,427,245.27 |
| 1540 - LEASEHOLD IMPROVEMENTS | 4,850,787.05 |
| 1610 - ACCUMULATED DEPRECIATION | -9,533,862.41 |
| 1611 - ACCUMULATED DEPRECIATION IMPAIRMENT - 1 | 224,106.00 |
| 1612 - ACCUMULATED DEPRECIATION IMPAIRMENT - 2 | 197,817.00 |
| 1613 - ACCUMULATED DEPRECIATION IMPAIRMENT - 3 | 380,868.00 |
| 1614 - ACCUMULATED DEPRECIATION IMPAIRMENT - 4 | 297,340.00 |
| 1615 - ACCUMULATED DEPRECIATION IMPAIRMENT - 5 | 400,223.00 |
| **Total Fixed Assets** | **1,710,800.97** |

**Other Assets**

| | |
|---|---:|
| 1400 - PREPAID EXPENSE | 86,945.90 |
| 1700 - ACCUMULATED AMORTIZATION | -121,758.56 |
| 1701 - GOODWILL | 10,000.00 |
| 1702 - GOODWILL-LIQUOR PERMIT | 129,521.03 |
| 1704 - WORKERS COMP DEPOSIT | 2,026.24 |
| 1705 - LOAN FEES-HUNTINGTON BANK | 155,304.98 |
| 1805 - SECURITY DEPOSIT | 21,646.02 |
| 1900 - ROU Asset | 6,128,461.00 |
| **Total Other Assets** | **6,412,146.61** |
| **Total ASSETS** | **8,565,049.43** |

**LIABILITIES & EQUITY**

**Liabilities**

**Accounts Payable**

| | |
|---|---:|
| 2000 - ACCOUNTS PAYABLE | 617,013.94 |
| **Total Accounts Payable** | **617,013.94** |

**Current Liabilities**

| | |
|---|---:|
| 2049 - CHASE INK | 41,623.51 |
| 2054 - HUNTINGTON BANK CREDIT LINE | 1,164.07 |
| 2240 - SALES TAX PAYABLE | 89,216.50 |
| 2262 - REWARDS NETWORKS CONTRA-LIABILITY | -76,536.90 |
| 2270 - GIFT CERTIFICATE | 723,068.87 |
| 2271 - RESERVE FOR BREAKAGE | -194,365.00 |
| 2320 - ACCRUED WAGES | 108,381.83 |
| 2321 - ACCRUED PAYROLL TAXES | 9,207.51 |
| 2323 - ACCRUED 401K | 540.93 |
| 2330 - ACCRUED CC PROCESSING FEES | 9,899.80 |
| 2351 - REWARDS NETWORK | 92,220.13 |
| 2365 - CURRENT PORTION OF LT DEBT | 490,902.00 |
| 2405 - ST LEASE LIABILITY | 1,064,086.00 |
| **Total Current Liabilities** | **2,359,409.25** |

**Other Liabilities**

| | |
|---|---:|
| 2101 - NOTES PAYABLE-SHAREHOLDER | 400,000.00 |
| 2103 - SHAREHOLDER LOAN - ACCRUED INTEREST | 32,385.64 |
| 2200 - TIPS PAID OUT | 989.76 |
| 2358 - HUNTINGTON BANK-COLUMBUS | 138,062.00 |
| 2359 - HUNTINGTON BANK-EASTON | 257,901.82 |
| 2361 - HUNTINGTON-EASTON-EQUIP | 21,179.76 |
| 2364 - LONG TERM DEBT OFFSET | -487,800.00 |
| 2366 - HUNTINGTON BANK - AKRON | 608,041.41 |
| 2367 - HUNTINGTON BANK - DAYTON | 701,369.37 |
| 2368 - HUNTINGTON - CANTON | 329,986.64 |
| 2370 - SBA EIDL LOAN | 159,803.37 |
| 2372 - GM FINANCIAL LOAN | 33,668.16 |
| 2373 - L/T PORTION OF CONVERTED LOC NOTE | 35,855.90 |
| 2401 - DEFERRED RENT | 5,677.12 |

| | |
|---|---:|
| 2402 - LEASEHOLD ALLOWANCES OFFSET | -29,782.93 |
| 2406 - LT LEASE LIABILITY | 6,841,820.00 |
| **Total Other Liabilities** | **9,049,158.02** |
| **Owner's Equity** | |
| 3000 - CAPITAL STOCK | 625.00 |
| 3100 - PAID IN CAPITAL | 999,875.00 |
| 3500 - RETAINED EARNINGS | -3,369,453.40 |
| 3510 - SUB-S DISTRIBUTION | -784,545.00 |
| YTD Income | -307,033.38 |
| **Total Owner's Equity** | **-3,460,531.78** |
| **Total Liabilities** | **8,565,049.43** |
| **Total LIABILITIES & EQUITY** | **8,565,049.43** |

Show All: All Locations

| | Period | | YTD | |
|---|---:|---:|---:|---:|
| **Sales** | | | | |
| 4000 - SALES/ FOOD | 867,371 | 86.85% | 2,781,727 | 86.38% |
| 4001 - SALES/ BEVERAGES | 42,540 | 4.26% | 148,560 | 4.61% |
| 4010 - SALES/ LIQUOR | 43,577 | 4.36% | 137,833 | 4.28% |
| 4020 - SALES/ WINE | 1,721 | 0.17% | 6,410 | 0.20% |
| 4030 - SALES/ BEER | 56,953 | 5.70% | 187,864 | 5.83% |
| 4031 - SALES/ CASE | | | 3,914 | 0.12% |
| 4032 - SALES/ CATERING | | | 253 | 0.01% |
| 4040 - DISCOUNTS & ALLOWANCES | -13,851 | -1.39% | -47,947 | -1.49% |
| 4850 - SALES/ RETAIL | 427 | 0.04% | 1,648 | 0.05% |
| **Total Sales** | **998,738** | **100.00%** | **3,220,261** | **100.00%** |
| **Cost of Sales** | | | | |
| 4500 - PURCHASES/ FOOD | 15,866 | 1.59% | 44,944 | 1.40% |
| 4501 - PURCHASES/ MEAT | 32,895 | 3.29% | 90,365 | 2.81% |
| 4502 - PURCHASES/ POULTRY | 17,460 | 1.75% | 51,451 | 1.60% |
| 4503 - PURCHASES/ SEAFOOD | 5,589 | 0.56% | 10,478 | 0.33% |
| 4504 - PURCHASES/ DAIRY | 48,451 | 4.85% | 139,525 | 4.33% |
| 4505 - PURCHASES/ PRODUCE | 31,402 | 3.14% | 100,521 | 3.12% |
| 4506 - GROCERIES PURCHASES | 112,876 | 11.30% | 344,187 | 10.69% |
| 4508 - COST OF GOODS CASE | 4,955 | 0.50% | 4,955 | 0.15% |
| 4530 - PURCHASES/ LIQUOR | 5,758 | 0.58% | 23,108 | 0.72% |
| 4540 - PURCHASES/ WINE | 1,204 | 0.12% | 2,517 | 0.08% |
| 4549 - KEG FEE | | | -90 | 0.00% |
| 4550 - PURCHASES/ BEER | 8,071 | 0.81% | 46,662 | 1.45% |
| 4551 - PURCHASES/ BEVERAGES | 11,666 | 1.17% | 38,754 | 1.20% |
| 4552 - PURCHASES/ RETAIL | 1,064 | 0.11% | 1,119 | 0.04% |
| **Total Cost of Sales** | **297,256** | **29.76%** | **898,495** | **27.90%** |
| **Gross Profit** | **701,482** | **70.24%** | **2,321,766** | **72.10%** |
| **Salaries and Wages** | | | | |
| 4519 - MELT HQ WAGES | 58,564 | 5.86% | 165,006 | 5.12% |
| 4520 - WAGES/DIRECT-FRONT HOUSE | 57,790 | 5.79% | 188,050 | 5.84% |
| 4521 - WAGES/DIRECT-KITCHEN | 112,513 | 11.27% | 362,013 | 11.24% |
| 4523 - WAGES/MANAGERS FOH | 66,347 | 6.64% | 258,510 | 8.03% |
| 4524 - WAGE MGR. TRAINING | | | 2,299 | 0.07% |
| 4525 - COMMISSARY KITCHEN | 18,410 | 1.84% | 57,794 | 1.80% |
| 4526 - COMMISSARY MGMT. | 11,231 | 1.13% | 33,693 | 1.05% |
| **Total Salaries and Wages** | **326,855** | **32.73%** | **1,067,372** | **33.15%** |
| **Employee Benefits** | | | | |
| 5535 - PAYROLL TAX EXPENSE | 38,548 | 3.86% | 133,040 | 4.13% |
| 7852 - EMPLOYEE HEALTH INSURANCE | 13,501 | 1.35% | 46,015 | 1.43% |
| **Total Employee Benefits** | **52,049** | **5.21%** | **179,055** | **5.56%** |
| **Operating Expenses** | | | | |
| 5530 - WORKERS COMP | 2,602 | 0.26% | 18,308 | 0.57% |
| 6800 - SUPPLIES/ INHOUSE | 10,722 | 1.07% | 8,517 | 0.26% |
| 6801 - SUPPLIES/ CARRYOUT | 11,318 | 1.13% | 30,466 | 0.95% |
| 6803 - RTI | | | 42,623 | 1.32% |
| 6807 - GIFT CARD DISCOUNT EXPENSE | 2,213 | 0.22% | 7,311 | 0.23% |
| 6820 - LAUNDRY | | | 7,279 | 0.23% |
| 6860 - SUPPLIES/ KITCHEN | 10,927 | 1.09% | 38,325 | 1.19% |

| Account | Period | Period % | YTD | YTD % |
|---|---|---|---|---|
| 6861 · SUPPLIES/HARDWARE | 649 | 0.07% | 996 | 0.03% |
| 6870 · SUPPLIES/ JANITORIAL | 4,297 | 0.43% | 17,103 | 0.53% |
| 6890 · SUPPLIES/ BAR | 82 | 0.00% | 82 | 0.00% |
| 6920 · SUPPLIES/ BAR | 1,322 | 0.13% | 3,284 | 0.10% |
| 6930 · EXTERMINATING | 1,771 | 0.18% | 5,564 | 0.17% |
| 6950 · PURCHASES/ MISC., FEES/TAXES | 1,680 | 0.17% | 8,901 | 0.28% |
| 6970 · LICENSES & PERMITS | 82 | 0.01% | 122 | 0.00% |
| 6980 · MEALS & ENTERTAINMENT | 5,467 | 0.55% | 8,795 | 0.27% |
| 6980 · SECURITY | 871 | 0.09% | 2,882 | 0.09% |
| 7950 · BANK S/C | | | 10,503 | 0.33% |
| 7894 · CAT TAX | | | 3,470 | 0.11% |
| 7953 · OTHER TAX EXPENSE | 3,470 | 0.35% | 25,376 | 0.79% |
| 8120 · CAR/TRUCK EXPENSES | 13,138 | 1.32% | | |
| **Total Operating Expenses** | **70,519** | **7.06%** | **239,908** | **7.45%** |
| **Marketing and Public Relations** | | | | |
| 7000 · ADVERTISING/PRINT | 7,140 | 0.72% | 11,088 | 0.34% |
| 7001 · ADVERTISING/ ART | 225 | 0.02% | 800 | 0.03% |
| 7002 · ADVERTISING/ MEDIA | | | 225 | 0.01% |
| 7004 · ADVERTISING/ WEB | 2,273 | 0.23% | 9,269 | 0.29% |
| 7005 · ADVERTISING/ CHARITABLE | 4,659 | 0.47% | 8,076 | 0.25% |
| 7007 · ADVERTISING/MARKETING | 10,937 | 1.10% | 28,312 | 0.88% |
| **Total Marketing and Public Relations** | **25,235** | **2.53%** | **57,770** | **1.79%** |
| **Utilities** | | | | |
| 7300 · UTILITIES/ RADIO | | | 1,900 | 0.06% |
| 7400 · UTILITIES/ CABLE & INTERNET | 3,351 | 0.34% | 8,502 | 0.26% |
| 7500 · UTILITIES/ ELECTRIC | 18,062 | 1.81% | 40,877 | 1.27% |
| 7520 · UTILITIES/ TELEPHONE | 245 | 0.03% | 1,125 | 0.04% |
| 7550 · UTILITIES/ WATER & SEWER | 2,573 | 0.26% | 15,894 | 0.49% |
| 7600 · WASTE REMOVAL | 3,043 | 0.31% | 9,766 | 0.30% |
| 7650 · UTILITIES/ GAS | 5,933 | 0.59% | 13,226 | 0.41% |
| **Total Utilities** | **33,207** | **3.33%** | **91,289** | **2.84%** |
| **Repairs and Maintenance** | | | | |
| 8020 · MAINTENANCE KITCHEN | 8,363 | 0.84% | 21,026 | 0.65% |
| 8021 · MAINTENANCE-JANITORIAL | | | 49 | 0.00% |
| 8025 · MAINTENANCE-BAR | | | 7,923 | 0.25% |
| 8030 · MAINTENANCE/ OFFICE | 1,743 | 0.18% | 1,514 | 0.05% |
| 8040 · MAINTENANCE/ REFRIG. | 1,021 | 0.10% | 517 | 0.02% |
| 8050 · MAINTENANCE/ HVAC | 1,131 | 0.11% | 4,795 | 0.15% |
| 8060 · MAINTENANCE/ PLUMBING | 3,303 | 0.33% | 6,014 | 0.19% |
| 8070 · MAINTENANCE/ ELECTRICAL | 545 | 0.06% | 545 | 0.02% |
| 8080 · MAINTENANCE/ FLOORS | | | 363 | 0.01% |
| 8090 · MAINTENANCE/ BLDGS. | 6,780 | 0.68% | 12,459 | 0.39% |
| 8100 · MAINTENANCE/ GROUNDS | 1,030 | 0.10% | 4,819 | 0.15% |
| **Occupancy Expenses** | | | | |
| 6000 · RENT | 80,166 | 8.03% | 226,117 | 7.02% |
| 6001 · RENT OF OTHER BUS. PROPERTIES | 677 | 0.07% | 2,032 | 0.06% |
| 6002 · STRAIGHT LINE RENT EXPENSE | -8,035 | -0.81% | -24,106 | -0.75% |
| 6004 · RECAM RENT | 12,772 | 1.28% | 46,186 | 1.43% |
| 6005 · INSURANCE RENT | 436 | 0.04% | 1,307 | 0.04% |
| **Total Occupancy Expenses** | **86,016** | **8.61%** | **251,536** | **7.81%** |
| **Administrative and General Expenses** | | | | |
| 7800 · SUPPLIES/OFFICE | 2,925 | 0.29% | 7,253 | 0.23% |
| 7801 · PAYROLL FEE | 6,089 | 0.61% | 19,521 | 0.61% |
| 7802 · OFF. EQUIP RENTAL | 420 | 0.04% | 923 | 0.03% |
| 7803 · PRINTING | 80 | 0.01% | 1,270 | 0.04% |
| 7810 · POSTAGE & DELIVERY | 245 | 0.03% | 924 | 0.03% |
| 7820 · DUES | 472 | 0.05% | 899 | 0.03% |
| 7830 · TRAVEL | 6,919 | 0.69% | 9,034 | 0.28% |

| | Period | | YTD | |
|---|---|---|---|---|
| 7840 · CONSULTING FEES | 597 | 0.02% | 597 | 0.02% |
| 7850 · INSURANCE (NOT HEALTH INS.) | 5,660 | 0.57% | 10,857 | 0.34% |
| 7851 · INSURANCE/ LIFE | 491 | 0.05% | 1,545 | 0.05% |
| 7880 · CASH OVER/SHORT | 35 | 0.00% | 857 | 0.03% |
| 7890 · CREDIT CARD FEE | 14,862 | 1.49% | 53,340 | 1.66% |
| 7891 · DELIVERY FEE | 48,911 | 4.90% | 131,307 | 4.08% |
| 7892 · FINANCE CHARGE | 30 | 0.00% | 90 | 0.00% |
| 7893 · FREIGHT/FUEL | 2,414 | 0.24% | 16,894 | 0.53% |
| 7900 · COMPUTER & SOFTWARE EXP | 26,027 | 2.61% | 68,297 | 2.12% |
| 8561 · LEGAL EXPENSES | 3,198 | 0.32% | 55,954 | 1.74% |
| 8562 · ACCOUNTING EXPENSES | 30,960 | 3.10% | 68,950 | 2.14% |
| **Total Administrative and General Expenses** | **149,738** | **14.99%** | **448,512** | **13.93%** |
| **Other Income** | | | | |
| 8700 · OTHER INCOME | -7,554 | -0.76% | -43,939 | -1.36% |
| 8701 · INTEREST INCOME | -4 | 0.00% | -18 | 0.00% |
| 8702 · SALES TAX DISCOUNTS | -511 | -0.05% | -1,629 | -0.05% |
| **Total Other Income** | **-8,069** | **-0.81%** | **-45,586** | **-1.42%** |
| **Other Expenses** | | | | |
| 6510 · DEPRECIATION EXPENSE | 76,830 | 7.69% | 230,491 | 7.16% |
| 6511 · AMORTIZATION EXPENSE | 1,219 | 0.12% | 3,656 | 0.11% |
| 8500 · INTEREST (NOT MORTGAGE) | 1,794 | 0.18% | 44,773 | 1.39% |
| **Total Other Expenses** | **79,843** | **7.99%** | **278,920** | **8.65%** |
| **Net Profit** | **-137,828** | **-13.80%** | **-307,033** | **-9.53%** |

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name    **Melt Bar and Grilled, Inc.** | |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO | |
| Case number (if known)    _____ | |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2024**      X **/s/ Matthew K. Fish**
                                    Signature of individual signing on behalf of debtor

                                        **Matthew K. Fish**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Melt Bar and Grilled, Inc.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **6700 ROCKSIDE LLC.** **3601 GREEN Rd** **Ste 300** **BEACHWOOD, OH 44122** | | **Rent** | **Unliquidated Disputed** | | | **$71,535.68** |
| **AVON 83 LLC** **C/O THE ORLEANS GROUP** **23925 COMMERCE Dr** **BEACHWOOD, OH 44122** | | **Rent** | **Unliquidated Disputed** | | | **$758,281.00** |
| **Beldon Mall LLC** **4230 Beldon Village Mall Circle N** **Canton, OH 44718** | | **Unpaid Rent** | **Unliquidated Disputed** | | | **$73,243.00** |
| **E.W. HUBBARD HIGH LLC** **C/O Elford Development LTD** **1220 Dublin Rd** **Columbus, OH 43215** | | **Rent** | **Unliquidated Disputed** | | | **$460,000.00** |
| **EASTON GATEWAY Prop Co LLC** **4016 Townsfair Way Ste 201** **Columbus, OH 43219** | | **Rent** | **Unliquidated Disputed** | | | **$201,603.47** |
| **Haneline Pryatel Law** **561 Boston Mills RD Ste 700** **Hudson, OH 44236** | | **Employment Lawyer** | | | | **$105,732.72** |

| Debtor | Melt Bar and Grilled, Inc. | | | Case number (if known) | | |
|--------|---------|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington National Bank Jeffrey Mazak VP 220 Market Ave S OH 1033 Canton, OH 44702** | | **All Assets** | | **$1,842,651.73** | **$495,272.02** | **$1,347,379.71** |
| **J.S.N. Holdings Ltd. 6055 Rockside Woods Blvd Ste 100 Independence, OH 44131** | | **Rent** | | | | **$34,758.16** |
| **JOHNSON CONTROLS SECURITY SOLUTIONS PO BOX 371967 PITTSBURGH, PA 15250-7967** | | **Security** | | | | **$45,488.93** |
| **Medical Mutual of OH PO Box 951916 Cleveland, OH 44193** | | | | | | **$30,161.77** |
| **MFC BEAVERCREEK LLC PO Box 779263 Chicago, IL 60677-9263** | | **Rent Settlement** | | | | **$100,000.00** |
| **NCR CORPORATION PO BOX 198755 ATLANTA, GA 30384-8755** | | **Point of Sales Equipment** | | | | **$50,464.95** |
| **Ohio Department of Taxation Attn Bankruptcy Division PO BOX 530 Columbus, OH 43216-0530** | | **Sales Tax** | | | | **$186,676.99** |
| **PATRICE & ASSOCIATES FRANCHISING 3140 WEST WARD Rd Ste 202 DUNKIRK, MD 20754-3047** | | **Recruiting** | | | | **$22,313.06** |

| Debtor | **Melt Bar and Grilled, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pease Bell CPAs LLC 3501 Embassy Pkwy Ste 200 Akron, OH 44333** | | **Accounting** | | | | **$29,760.00** |
| **Points East LLC P.O. Box 932902 Cleveland, OH 44193** | | **Rent** | | | | **$33,107.97** |
| **PREMIER PRODUCE ONE 4500 Willow Pkwy CUYAHOGA HEIGHTS, OH 44125** | | **Food Supplier** | | | | **$39,623.86** |
| **SANSON PRODUCE 3716 Croton Rd Cleveland, OH 44115** | | **Food Supplier** | | | | **$32,362.63** |
| **Small Business Administration District Counsel 1350 Euclid Ave Ste 211 Cleveland, OH 44115** | | **All Assets** | | **$150,000.00** | **$0.00** | **$150,000.00** |
| **U.S. Foods, Inc. P.O. Box 642561 Pittsburgh, PA 15264-2561** | | **All Assets** | | **$200,000.00** | **$0.00** | **$200,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Melt Bar and Grilled, Inc.**          Case No. _____

                                       Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | _____ |
| Prior to the filing of this statement I have received | $ | _____ |
| Balance Due | $ | _____ |

☑ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **25,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **350.00** |

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Melt Bar and Grilled, Inc.** _____      Case No. _____

                           Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 13, 2024** | **/s/ Frederic P. Schwieg, Esq.** |
| _Date_ | **Frederic P. Schwieg, Esq. 0030418** |
| | _Signature of Attorney_ |
| | **Frederic P Schwieg Attorney at Law** |
| | **19885 Detroit Rd #239** |
| | **Rocky River, OH 44116-1815** |
| | **440-499-4506   Fax: 440-398-0490** |
| | **fschwieg@schwieglaw.com** |
| | _Name of law firm_ |

6700 ROCKSIDE LLC.
3601 GREEN Rd
Ste 300
BEACHWOOD, OH 44122

AEP
PO BOX 20444
Canton, OH 44701

AES Ohio
PO BOX 704598
Cincinnati, OH 45274

AFLAC PREMIUM HOLDING
PO BOX 50013
Newark, NJ 07101-8006

AIRECOM
6171 HUNTLEY Rd
Ste E
COLUMBUS, OH 43229

ALL STATES SERVICES
PO BOX 94258
LAS VEGAS, NV 89193

ALS Food Safety
P.O. Box 733751
Dallas, TX 75373-3751

Aqua
P.O. BOX 1229
Newark, NJ 07101-1229

ARS/RESCUE ROOTER CLEVELAND
4505 INDUSTRIAL Pkwy
CLEVELAND, OH 44135

ARS/RESCUE ROOTER COLUMBUS
3050 SWITZER AVE.
COLUMBUS, OH 43219-2316

Atty Gen'l of the United States-Tax
US Dept of Justice Tax Divsn
PO BOX 55, Ben Franklin Stn
Washington, DC 20044


AVON 83 LLC
C/O THE ORLEANS GROUP
23925 COMMERCE Dr
BEACHWOOD, OH 44122


Beldon Mall LLC
4230 Beldon Village Mall Circle N
Canton, OH 44718


BELLMARK PARTNERS LLC
75 CENTRAL St
Ste 4
BOSTON, MA 02109


BENUCK & RAINEY INC.
25 Concord Rd
LEE, NH 03825


Bon Appetit Mangement Co
100 Hamilton Ave Ste 400
Palo Alto, CA 94301


BUCKEYE BEVERAGE SYSTEMS LLC.
4705 VAN EPPS Rd
BROOKLYN HEIGHTS, OH 44131


CARDINAL KNIFE SERVICE INC.
778 EAST HUDSON St
REAR
COLUMBUS, OH 43211


CCA DIVISION OF TAXATION
PO BOX 94723
CLEVELAND, OH 44101-4723


Centerpoint
PO BOX 4849
Houston, TX

CENTIMARK CORPORATION
PO BOX 536254
PITTSBURGH, P 15253-5904


CINTAS CORPORATION
P.O. Box 631025
CINCINNATI, OH 45263-1025


CITY OF AKRON UTILITIES BUSINESS OFFICE
146 SOUTH HIGH St
ROOM 211
AKRON, OH 44308-1894


CITY OF AVON- UTILITIES
PO BOX 353
AVON, OH 44011-0353


City Of Columbus
90 W. Broad Street
Columbus, OH 43215


CLEVELAND INDEPENDENTS
2533 EUCLID HEIGHTS Blvd
CLEVELAND, OH 44106


Cleveland Indians Baseball Co LLC
2401 Ontario St
Cleveland, OH 44115


COLUMBIA GAS OF OH
PO BOX 16581
COLUMBUS, OH 43216-6581


Columbus City Treasurer
4252 GROVES RD.
Columbus, OH 43232


Cox Business
PO Box 771929
Detroit, MI 48277-1929


Cozzini Bros
350 Howard Ave
Des Plaines, IL 60018

Current Automations
33553 Capel RD
Columbia Station, OH 44028


Cuyahoga County Board of Health
5550 VENTURE Dr
PARMA, OH 44130


DALLAS RIFFLE MEDIA
P O BOX 771603
LAKEWOOD, OH 44107


Definiti
2201 Timberlach Pl Ste 150
Spring, TX 77380


DESTINATION CLEVELAND FINANCE DEPT.
334 EUCLID Av
CLEVELAND, OH 44114


Discount Shred
1268 Brainard Rd
Cleveland, OH 44114


DOMINION ENERGY
PO BOX 26785
Richmond, VA 23261-6785


DOORDASH
303 2ND St
Ste TOWER 800
SAN FRANCISCO, CA 94107


Dubick
6201 Euclid Av
Cleveland, OH 44103


E.W. HUBBARD HIGH LLC
C/O Elford Development LTD
1220 Dublin Rd
Columbus, OH 43215


EASTON GATEWAY Prop Co LLC
4016 Townsfair Way Ste 201
Columbus, OH 43219

Easton Gateway Prop Co LLC
Steiner + Assocs
4016 Townsfair Way Ste 201
Columbus, OH 43219


ECOLAB INC.
PO BOX 32027
NEW YORK, NY 10087-2027


Expandshare
3600 Embassy Pkwy
Ste120
Akron, OH 44333


FEDEX
3965 Airways
Module G Fl 4
Memphis, TN 38116


FOURTH ENTERPRISES LLC
HOTSCHEDULES
PO Box 8031
Carol Stream, IL 60197-8031


Franklin County Common Pleas
Civil Clerk - Fees
345 S High St
Columbus, OH 43215


FreePoint
3050 Post Oak Blvd Ste 1330
Houston, TX 77056


Golden Bear Lock & Safe
7445 Daron Ct
Plain City, OH 43064


GOTO COMMUNICATIONS INC
PO BOX 412252
BOSTON, MA 02241-2252


GREENE COUNTY SANITARY ENGINEERING DEPT
667 DAYTON-XENIA Rd
XENIA, OH 45385-2605

GREXEN KITCHEN EXHAUST CLEANING
2600 BURLINGTON PIKE #510
BURLINGTON, KY 41005


Haneline Pryatel Law
561 Boston Mills RD
Ste 700
Hudson, OH 44236


Huntington National Bank
Jeffrey Mazak VP
220 Market Ave S
OH 1033
Canton, OH 44702


Illuminating Co.
76 South Main St
AKRON, OH 44308-1890


INDEED INC.
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 75266-0367


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Internal Revenue Service-CLE
Insolvency Group 6
1240 E 9th St Rm 493
Cleveland, OH 44199


J.S.N. Holdings Ltd.
6055 Rockside Woods Blvd
Ste 100
Independence, OH 44131


Jesse R Lipcius
UB Greensfelder LLP
312 Walnut ST Ste 1400
Cincinnati, OH 45202


JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA 15250-7967

JORDAN POWER EQUIPMENT CO.
281 SOUTHWEST Av
TALLMADGE, OH 44278


JOSHEN PAPER & PACKAGING
BUNZL DISTRIBUTION MIDCENTRAL INC.
PO BOX 7410087
CHICAGO, IL 60674-5087


Lorain County Court of Common Pleas
225 Court St FL1
Elyria, OH 44036-5512


Matthew K. Fish
6825 Chadbourne Dr
Cleveland, OH 44125


Medical Mutual of OH
PO Box 951916
Cleveland, OH 44193


MEDITERRA BAKEHOUSE
801 Pkwy VIEW Dr
PITTSBURGH, PA 15205


MFC BEAVERCREEK LLC
PO Box 779263
Chicago, IL 60677-9263


Michael Shuster
Porter Wright Morris Arthur
950 Main Ave Ste 500
Cleveland, OH 44113


Multiflow
4705 Van Epps Rd
Brooklyn Hts., OH 44131


NATIONWIDE ENERGY PARTNERS
PO BOX 183009
COLUMBUS, OH 43218-3009


NCR CORPORATION
PO BOX 198755
ATLANTA, GA 30384-8755

No Problem Printing
1940 FAIRWAY DR
WICKLIFFE, OH 44092


Northwest Environmental LLC
7225 Windsor Blvd
Baltimore, MD 21244


Oakland Nursery Inc.
1156 Oakland Park Ave
Columbus, OH 43224


OBM
OBM
PNC LOCKBOX 931389
CLEVELAND, OH 44193-1556


OH DEPT. OF AGRICULTURE DIV. OF FOOD SAF
8995 EAST MAIN St
REYNOLDBURG, OH 43068


OH EDISON
6606 TUSSING Rd
PO BOX 4005
REYNOLDSBURG, OH 43068-9005


OH WINDOW CLEANING INC.
PO BOX 24039
DAYTON, OH 45424


Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio BWC
Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530

Ohio Dept of Agriculture
Dept of Food Safety
Reynoldsburg, OH 43068


Ohio Dept. of Job & Family Services
Attn: Legal Support - Bankruptcy
PO Box 182830
Columbus, OH 43218-2830


Omni Lakewood
13000 Athens Ave
Lakewood, OH 44107


Orkin
2891 Kearns Ave
Dayton, OH 45414


PAMELA S PETAS
PO BOX 18638
Erlanger, KY 41018


Pandesa Corporation dba Share Vault
16795 Lark Ave
Ste 210
Los Gatos, CA 95032


PATRICE & ASSOCIATES FRANCHISING
3140 WEST WARD Rd
Ste 202
DUNKIRK, MD 20754-3047


Pease Bell CPAs LLC
3501 Embassy Pkwy
Ste 200
Akron, OH 44333


PENSKE TRUCK LEASING CO. L.P.
PO BOX 802577
CHIGAGO, IL 60680-2577


PERLA PIEROGIES LLC
5380 STATE Rd
PARMA, OH 44134

Points East LLC
P.O. Box 932902
Cleveland, OH 44193


Precision Kleen
27101 TUNGSTEN ROAD
Euclid, OH 44132


PRECISION OUTDOOR CREATIONS INC.
773 EASTERN Rd
DOYLESTOWN, OH 44230


PREMIER PRODUCE ONE
4500 Willow Pkwy
CUYAHOGA HEIGHTS, OH 44125


REA & ASSOCIATES INC.
419 WEST HIGH AVE.
PO BOX 1020
NEW PHILADELPHIA, OH 44663-5120


Realty Income Corp
11995 El Camino Real
San Diego, CA 92130


RESTAURANT365
PO BOX 846662
Los Angeles, CA 90084-6662


SANSON PRODUCE
3716 Croton Rd
Cleveland, OH 44115


SERVICE WET GRINDING
1867 PROSPECT AVE.
CLEVELAND, OH 44115


Small Business Administration
District Counsel
1350 Euclid Ave Ste 211
Cleveland, OH 44115


Spectrum
PO BOX 223085
Pittsburgh, PA 15251-2085

SURVOY'S SUPERIOR SERVICE INC.
5180 W. 164TH St
BROOK PARK, OH 44142


The Always Food Safe Company
899 Montreal Circle
Saint Paul, MN 55102


The Dalad Group
6055 Rockside Woods Blvd N, Unt 180
Independence, OH 44131


TOAST
401 Park Dr
Boston, MA 02215


TriMark SS Kemp
PO BOX 536326
Pittsburgh, PA


U.S. Foods Holding Corp.
attn Chief Legal Officer
800 Bavaria Rd
Twinsburg, OH 44087


U.S. Foods, Inc.
P.O. Box 642561
Pittsburgh, PA 15264-2561


United States Attorney General
Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


US Foods Holding Corp
Attn Chief Legal Officer
9399 W Higgins Rd Ste 100
Rosemont, IL 60018

```
WALTER HAVERFIELD LLP
P.O. BOX 75568
CLEVELAND, OH 44101


WARREN ST. CHARLES INVESTMENTS
C/O GEIGER'S
14710 DETROIT AVE.
LAKEWOOD, OH 44107


WELLS FARGO ADVISORS
ADVISORY BILLING - MAC H0006-08R
1 N. JEFFERSON AVE.
ST. LOUIS, MO 63103
```

# United States Bankruptcy Court
## Northern District of Ohio

In re    __Melt Bar and Grilled, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Melt Bar and Grilled, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 13, 2024__

Date

/s/ Frederic P. Schwieg, Esq.
__Frederic P. Schwieg, Esq. 0030418__
Signature of Attorney or Litigant
Counsel for    __Melt Bar and Grilled, Inc.__
__Frederic P Schwieg Attorney at Law__
__19885 Detroit Rd #239__
__Rocky River, OH 44116-1815__
__440-499-4506 Fax:440-398-0490__
__fschwieg@schwieglaw.com__