**This document was signed electronically on January 24, 2025, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: January 24, 2025**



_____

**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | CASE NO. **24-50879-amk** |
| | CHAPTER 11 |
| **MELT BAR AND GRILLED, INC.** | JUDGE ALAN M. KOSCHIK |
| Debtor | **AGREED ORDER TO DISMISS CHAPTER 11 CASE** |

This matter is before the Court on Creditor State of Ohio, Department of Taxation's (hereafter "ODT") Motion to Dismiss or Convert (ECF Doc. No. 115), Debtor Melt Bar and Grilled, Inc.'s (hereafter "Melt") Response (ECF Doc. No. 123), and Interested Party Matthew Fish's (hereafter "Fish") Objection (ECF Doc. No. 124) filed in the above captioned case. A hearing on the Motion to Dismiss, Response, and Objection was held on December 17, 2024. At the hearing, it was reported to the Court that although Melt had made progress on the issues with post-petition sales taxes raised in ODT's Motion to Dismiss, and that ODT was open to an agreement that would allow the case to continue, dismissal of the above captioned case would

ultimately be in the best interest of the creditors and the estate. Counsel for Melt reported to the Court that unfortunately Melt's scaled back operation at one location would not generate enough income to support a feasible plan for rehabilitation and Melt would consent to dismissal of the case. The matter was adjourned for hearing until January 21, 2025, at which it was reported the circumstances described in the previous hearing remained unchanged. The U.S. Trustee did not object to the Motion to Dismiss.

Upon consideration, the Court hereby finds that there is an absence of a reasonable likelihood of rehabilitation of the Debtor as Melt will be unable to consummate and execute a feasible and confirmable Plan. The Court further finds that it is in the best interest of the creditors and estate, with the consent of the Debtor and with no objection from the U.S. Trustee, that the above captioned case be dismissed. For these reasons, it is hereby:

**ORDERED** that, the above captioned case is DISMISSED pursuant to U.S.C. § 1112(b)(1).

**IT IS SO ORDERED**

### 

Submitted by:                                      Agreed:


 /s/ Joshua Vaughan                    /s/ Frederic P. Schwieg, Esq.
Joshua Vaughan (#0090535)              Frederic P. Schwieg, Esq. (#0030418)
jvaughan@amer-collect.com              fschwieg@schwieglaw.com
Amer Cunningham Co., L.P.A.            19885 Detroit Rd. #239
One Cascade Plaza, Suite 1510         Rocky River, Ohio 44116-1815
Akron, OH 44308-1322                   Ph: 1 (440) 499-4506
Ph: 330-762-2411                       *Counsel for Debtor*
Fx: 330-762-9918
*Attorney for Special Counsel for State of Ohio*
*Attorney General*

With No Objection:

*/s/Thomas W. Coffey*
Thomas W. Coffey (0046877)
tcoffey@tcoffeylaw.com
Coffey Law LLC
2430 Tremont Avenue Cleveland, Ohio 44113
(216) 870-8866
**Counsel for Interested Party Matthew Fish**

## SERVICE LIST

*Via ecf*

| | | |
|---|---|---|
| **Avon 83, LLC**<br>*(Creditor)* | represented by | **Maria Carr**<br>mcarr@mcdonaldhopkins.com |
| **Easton Gateway, LLC**<br>mtucker@ubglaw.com<br>*(Creditor)* | represented by | **Michael S. Tucker**<br>mtucker@ulmer.com |
| **Matthew K. Fish**<br>*(Stockholder)* | represented by | **Thomas W. Coffey**<br>tcoffey@tcoffeylaw.com |
| **Patricia B. Fugee**<br>patricia.fugee@fisherbroyles.com<br>*(Trustee)* | represented by | **Patricia B. Fugee**<br>patricia.fugee@fisherbroyles.com |
| **JSN Holding Ltd. c/o Dalad Group**<br>*(Creditor)* | represented by | **David M. Neumann**<br>dneumann@meyersroman.com |
| **Melt Bar and Grilled, Inc.**<br>*(Debtor)* | represented by | **Frederic P. Schwieg**<br>fschwieg@schwieglaw.com |
| **O ICE, LLC**<br>*(Creditor)* | represented by | **Nicholas J. Brannick**<br>brannickn@ballardspahr.com |
| **Ohio Department of Taxation**<br>*(Creditor)* | represented by | **Joshua Ryan Vaughan**<br>jvaughan@amer-collect.com |
| **Points East LLC**<br>*(Creditor)* | represented by | **Daniel James Williams**<br>dwilliams@dworkenlaw.com |
| **Frederic P Schwieg**<br>*(Attorney)* | represented by | **Frederic P. Schwieg**<br>fschwieg@schwieglaw.com |

| | | |
|---|---|---|
| **Sequoia Realty Corp**<br>*(Creditor)* | represented<br>by | **Daniel James Williams**<br>dwilliams@dworkenlaw.com |
| **THE HUNTINGTON NATIONAL BANK**<br>*(Creditor)* | represented<br>by | **Michael P. Shuster**<br>mshuster@porterwright.com |
| **The Sanson Company**<br>*(Creditor)* | represented<br>by | **Eric M Kyser**<br>ekyser@westonhurd.com |
| **United States Trustee**<br>*(U.S. Trustee)* | represented<br>by | **Lauren Schoenewald ust47**<br>lauren.schoenewald@usdoj.gov |

*Via regular mail*

**Rea & Associates, Inc.**
230 N Market St.
Wooster, OH 44691
*(Accountant)*

**George Roman Auctioneers Ltd**
22 West Main Street
Canfield, OH 44406
*(Auctioneer)*